No. 557. OGDEN & MOFFETT Co. ET AL. *v.* MICHIGAN PUBLIC UTILITIES COMMISSION ET AL.

Argued April 14, 1932. Decided April 18, 1932. *Per Curiam:* The order denying interlocutory injunction is affirmed. *Alabama* v. *United States,* 279 U. S. 229, 231; *United Fuel Gas Co.* v. *Public Service*

*Commission,* 278 U. S. 322, 326; *National Fire Insurance Co.* v. *Thompson,* 281 U. S. 331, 338; *United Drug Co.* v. *Washburn,* 284 U. S. 593; *Binford* v. *J. H. McLeaish & Co.* 284 U. S. 598. *Mr. Percy J. Donovan* for appellants. *Messrs. Paul W. Voorhies,* Attorney General of Michigan, *Hugh E. Lillie,* Assistant Attorney General, and *K. F. Clardy* were on the brief for appellees.